IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LOREN D. ROBERTS, | ) | 4:10CV3208 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of the | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that Defendant's second motion for enlargement of time (filing 16) is granted, and the briefing schedule is modified as follows:

1. Defendant shall file a brief by June 24, 2011;

2. Plaintiff may file a reply brief by July 11, 2011; and

3. This case shall be ripe for decision on July 12, 2011.

May 24, 2011.            BY THE COURT:

*Richard G. Kopf*
United States District Judge